# COURTNEY TERRY
## RUSK COUNTY DISTRICT CLERK

P. O. Box 1687 ~ Henderson, TX 75653-1687
115 N. Main St., Suite 301 ~ Henderson, TX 75652
Phone: (903) 657-0353   Fax: (903) 657-1914

## NOTICE OF FINAL JUDGMENT

RE:  CAUSE NO:   2013-390

| | | |
|---|---|---|
| LUMINANT MINING COMPANY LLC | § | IN THE FOURTH JUDICIAL |
| | § | |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| | § | |
| DEBORAH D. JOHNSON, MICHELLE DADE | § | RUSK COUNTY, TEXAS |
| WILFRED COOKSEY, GERALD TONEY, | § | |
| NICOLE TONEY, HOWARD STORY, MARION | § | |
| CAROL STORY, NELSON GREENWOOD, JR., | § | |
| MAJORIE H. WILLIAMS, WILMER FORREST | § | |
| TRIMBLE, JR., A/K/A WILMER FORREST | § | |
| TREMBLE, JR., SHARON TRIMBLE | § | |
| DONALDSON, SELIA TRIMBLE SHAWKEY, | § | |
| AND BILLIE J. MURPHY TREMBLE | § | |

You are hereby notified that on the 16th day of December,2014, the Court signed the

## FINAL JUDGMENT

in the above entitled and numbered cause.

COURTNEY TERRY,
Rusk County District Clerk

BY: _____
Deputy

Dated:     December 17, 2014
cc:        All Parties of Record

# FLOWERS✤DAVIS, P.L.L.C.

*Attorneys at Law*

CELIA C. FLOWERS*
* BOARD CERTIFIED, OIL, GAS & MINERAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
* BOARD CERTIFIED, RESIDENTIAL REAL ESTATE LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
* BOARD CERTIFIED, CIVIL TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
CAREN C. COURTNEY
JULIE P. WRIGHT
MICHAEL W. JANECEK
JANE W. JANECEK
MELANIE S. REYES
ALAN W. TOMME
J. SCOTT MILLER
STEVEN M. MASON
MORGAN M. ELLIOTT
NATASHA L. GRANSBERRY
CATHERINE CHESLEY GOODGION
WILLIAM R. KNIGHT, JR.
MAYA P. JEDLICKA
A.D. (DEAN) CHAPMAN, OF COUNSEL
ANDREW R. SCHWING, OF COUNSEL

1021 ESE LOOP 323, SUITE 200
TYLER, TEXAS 75701
MAIN TELEPHONE: (903) 534-8063
FACSIMILE: (903) 534-1650

IMMIGRATION (903) 592-8186

WWW.FLOWERSDAVIS.COM

LONGVIEW OFFICE:
1516 JUDSON ROAD
LONGVIEW, TEXAS 75601
TELEPHONE: (903) 757-8900
FACSIMILE: (903) 757-8902

MIDLAND OFFICE:
3001 W. LOOP 250 NORTH, STE. C105-366
MIDLAND, TEXAS 79705
TELEPHONE: (432) 897-4810

ROBERT S. DAVIS
CHAD C. ROOK
LEE I. CORREA
ROBIN H. O'DONOGHUE
RICHARD B. VANCE

THOMAS H. BUCHANAN*
* BOARD CERTIFIED, OIL, GAS & MINERAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
J. MITCHELL BEARD
STUART R. HENE

PRESTON W. MCGEE*
* BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
* BOARD CERTIFIED, CIVIL TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

VIRGINIA D. YOUNG
DONALD ROSS PATTERSON*, OF COUNSEL
* BOARD CERTIFIED, IMMIGRATION & NATIONALITY LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

December 19, 2014

Billie J. Murphy Tremble
2806 Evans St.
Marshall, TX 75670

Re: Cause No. 2013-392, Luminant Mining Company, LLC v. Wilmer Forrest Trimble, Jr., et al
Cause No. 2013-390, Luminant Mining Company, LLC v. Deborah D. Johnson, et al
Cause No. 2013-391, Luminant Mining Company, LLC v. Wilmer Forrest Trimble, Jr., et al

Dear Ms. Tremble:

An order to sell the property in above-referenced lawsuit was signed on Tuesday, December 16th, in Rusk County. We have been engaged by the Receiver to disburse funds to all parties entitled to receive sales proceeds.

In that regard, I have enclosed a W-9 which needs to be completed and returned in the enclosed, pre-addressed envelope. Upon receipt from you of a fully completed W-9 form, we will disburse the percentage of funds payable to you at the address you have provided on the W-9 form.

If you have any questions, please feel free to contact me at 903-534-8063.

Sincerely,

Catherine Chesley Goodgion

CCG/bd
enclosures

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number

☐☐ - ☐☐☐☐☐☐☐

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ | Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Form **W-9** (Rev. 8-2013)

Area 361
Tracts 1343 & 1344

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## *CASH WARRANTY DEED*

THE STATE OF TEXAS §
§                                    KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF RUSK §

That I, **EMMA JEAN TRIMBLE SMITH**, hereinafter called Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration paid by **LUMINANT MINING COMPANY LLC, a Texas Limited Liability Company,** hereinafter called Grantee, as follows:

CASH, the receipt and sufficiency of which is hereby acknowledged and confessed;

have Bargained, Granted, Sold and Delivered, and by these presents do Bargain, Grant, Sell and Deliver unto the said Grantee, whose address is 500 N. Akard, Dallas, Texas, 75201, all of my undivided interest in the following described tracts of land, in Rusk County, Texas, together with all improvements situated thereon, to-wit;

**LUMINANT MINING TRACT 1343 IN AREA 361**

All that certain tract lot or parcel of land, a part of the THOMAS WILLIAMS SURVEY, A-833, Rusk County, Texas, and also being all of that certain called 37.46 acre tract (Tract 4) of land described in a Declaration of Unit dated February 17, 1981, that is recorded in Volume 1301, Page 825 of the Deed Records of Rusk County, Texas, as shown on the attached Exhibits A & A-1.

**LUMINANT MINING TRACT 1344 IN AREA 361**

All that certain tract lot or parcel of land, a part of the THOMAS WILLIAMS SURVEY, A-833, Rusk County, Texas, and also being all of that certain called 65 acre tract of land described in a deed dated November 17, 1900, from Ollie Brooks, et ux, Minnie to W. M. Pollard that is recorded in Volume 51, Page 88 of the Deed Records of Rusk County, Texas, as shown on the attached Exhibits B & B-1.

Grantor specifically reserves unto herself, and the present record owners, her heirs and assigns, all of the oil, gas and liquid hydrocarbons lying in, on, and under the above described lands together with the right of ingress and egress for the recovery and production of same. However, no operations for the recovery of such oil, gas and liquid hydrocarbons shall interfere with Grantee's use of the subject property. Grantor specifically conveys all the coal and lignite lying in, on, and under

Tracts 1343 and 1344, together with the right of ingress and egress. This conveyance is subject to all existing valid oil, gas and mineral leases, and coal and lignite leases of record covering subject land.

This conveyance is subject to all existing recorded rights-of-way, and easements of record in the Deed Records of Rusk County, Texas, or those which have been acquired by prescriptive rights.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said GRANTEE, its successors and assigns forever, and I do hereby bind myself, my heirs, executors and administrators to warrant and forever defend, all and singular the said premises unto the said GRANTEE, its successors and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.

WITNESS MY HAND this 13th day of December, 2010.



EMMA JEAN TRIMBLE SMITH

RUSSELL DAVIS
Notary Public State of Texas
COMM. EXP. 09-05-2012

THE STATE OF TEXAS §
§
COUNTY OF HARRISON §

This instrument was acknowledged before me on the 13th day of December, 2010, by EMMA JEAN TRIMBLE SMITH.

RUSSELL DAVIS
Notary Public State of Texas
COMM. EXP. 09-05-2012



Notary Public, State of Texas

**Rusk County Appraisal District**

Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



General Real Estate Property Information

New Property Search                              Go To Previous Page

| Property ID: | 24395 |
|---|---|

| Property Legal Description: |
|---|
| AB 833 T WILLIAMS SUR |
| TU TR NO. 1344 AREA 361 |
| SMITH EMMA JEAN TRIMBLE |
| |

| Property Location: |
|---|
| P-7 |
| |

| Owner Information: |
|---|
| LUMINANT MINING CO LLC |
| STATE & LOCAL TAX DEPARTMENT |
| PO Box 219071 |
| |
| Dallas TX 75221 9071 |

| Previous Owner: |
|---|
| POLLARD W M |

View Previous Owner Information

| Property Detail: |
|---|

| Agent: | None |
|---|---|
| Property Exempt: | |
| Category/SPTB Code: | D1 |
| Total Acres: | 64.736 |
| Total Living Sqft: | See Detail |

| Account / Geo Number: |
|---|
| 00833-21193-01344-000090 |

| Survey / Sub Division Abstract: |
|---|
| |
| |

| Block: |
|---|
| |

| Section / Lot: |
|---|
| |

View Building Detail Information

View Land Detail Information

| Deed Information: |
|---|

| Volume: | 3053 |
|---|---|
| Page: | 622 |
| File Number: | 102067 |
| Deed Date: | 12/16/2010 |

| View GIS Map |
|---|

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

| Printer Friendly Version |
|---|

Click the button above for a printable version of this record with all available details.

| | |
|---|---|
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 6,090 |
| Land Market Value: | 90,630 |
| Improvement Value: | 0 |
| Property Market Value: | 90,630 |

{ Ag Form 1-d-1 }

{ Timber Form 1-d-1 }

* View 5 Year Value History

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 90,630 | | 0 | 6,090 |
| 05 | RUSK COUNTY | 90,630 | | 0 | 6,090 |
| 05R | RUSK COUNTY SPEC ROAD | 90,630 | | 0 | 6,090 |
| 05S | COUNTY SCHOOL | 90,630 | | 0 | 6,090 |
| 46 | HENDERSON I.S.D. | 90,630 | | 0 | 6,090 |
| 65 | RUSK CO ESD#1 | 90,630 | | 0 | 6,090 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 90,630 | | 0 | 6,090 |

New Property Search                    Go To Previous Page

Home  |  Contact Us  |  Location  |  Forms  |  Disclaimer

Real Estate Appraisal Information is the 2014 CERTIFIED Appraisal Values. © RUSK COUNTY
APPRAISAL DISTRICT | Last Data Update: 07/16/2014



PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2014 Pritchard & Abbott, Inc. - All rights reserved.
Version 1.9.9

# Rusk County Appraisal District
## Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



General Real Estate Property Information

New Property Search                                    Go To Previous Page

| Property ID: | 24372 |
|---|---|

| Property Legal Description: |
|---|
| AB 833 T WILLIAMS SUR |
| TU TR NO. 1343 AREA 361 |
| SMITH EMMA JEAN TRIMBLE |
| |

| Property Location: |
|---|
| 5339 N FM 2658 |
| TATUM TX 75691 |

| Owner Information: |
|---|
| LUMINANT MINING CO LLC |
| STATE & LOCAL TAX DEPARTMENT |
| PO Box 219071 |
| |
| Dallas TX 75221 9071 |

| Previous Owner: |
|---|
| POLLARD EMMA MRS ESTATE |

View Previous Owner Information

| Account / Geo Number: |
|---|
| 00833-21193-01343-000010 |

| Survey / Sub Division Abstract: |
|---|
| |
| |

| Block: |
|---|
| |

| Section / Lot: |
|---|
| |

View Building Detail Information

View Land Detail Information

| Deed Information: | |
|---|---|
| Volume: | 3053 |
| Page: | 622 |
| File Number: | 102067 |
| Deed Date: | 12/16/2010 |

## Property Detail:

| Agent: | None |
|---|---|
| Property Exempt: | |
| Category/SPTB Code: | D1 |
| Total Acres: | 33.094 |
| Total Living Sqft: | See Detail |

**View GIS Map**

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

**Printer Friendly Version**

Click the button above for a printable version of this record with all available details.

| Owner Interest: | 1.000000 |
|---|---|
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 2,180 |
| Land Market Value: | 46,330 |
| Improvement Value: | 56,110 |
| Property Market Value: | 102,440 |

[    Homestead Form    ]

[    Ag Form 1-d-1    ]

[    Timber Form 1-d-1    ]

* View 5 Year Value History

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 102,440 | | 0 | 58,290 |
| 05 | RUSK COUNTY | 102,440 | | 0 | 58,290 |
| 05R | RUSK COUNTY SPEC ROAD | 102,440 | | 0 | 58,290 |
| 05S | COUNTY SCHOOL | 102,440 | | 0 | 58,290 |
| 46 | HENDERSON I.S.D. | 102,440 | | 0 | 58,290 |
| 65 | RUSK CO ESD#1 | 102,440 | | 0 | 58,290 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 102,440 | | 0 | 58,290 |

New Property Search                    Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2014 CERTIFIED Appraisal Values. © RUSK COUNTY
APPRAISAL DISTRICT | Last Data Update: 07/16/2014



PRITCHARD & ABBOTT. INC.
VALUATION CONSULTANTS

©2014 Pritchard & Abbott, Inc. - All rights reserved.
Version 1.9.9

Property ID: 1834                              Owner: LUMINANT MINING CO LLC

| Property ID: |
| --- |
| 1834 |

| Property Legal Description: |
| --- |
| AB 160 D CORTINAS SUR |
| TU TR NO. 1262 AREA 361 |
| BARR BESSIE ET AL |

| Property Location: |
| --- |
| CR 326 |

| Survey / Sub Division Abstract: |
| --- |

| Account Number: |
| --- |
| 00160-21193-01262-000520 |

**Deed Information:**

| Volume: | 3054 |
| --- | --- |
| Page: | 395 |
| File Number: | 102200 |
| Deed Date: | 12/21/2010 |

| Block: |
| --- |

| Section / Lot: |
| --- |

| Owner Information: |
| --- |
| LUMINANT MINING CO LLC |
| STATE & LOCAL TAX DEPARTMENT |
| PO Box 219071 |
| Dallas TX 75221 9071 |

| Previous Owner: |
| --- |
| BARR BESSIE |

**Property Detail:**

| Property Exempt: | |
| --- | --- |
| Category / SPTB Code: | D1 |
| Total Acres: | 25.326 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 2,280 |
| Land Market Value: | 35,460 |
| Improvement Value: | 0 |
| Property Market Value: | 35,460 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
| --- | --- | --- | --- | --- | --- |
| 04 | RUSK CO APPR DIST | 35,460 | | 0 | 2,280 |
| 05 | RUSK COUNTY | 35,460 | | 0 | 2,280 |
| 05R | RUSK COUNTY SPEC ROAD | 35,460 | | 0 | 2,280 |
| 05S | COUNTY SCHOOL | 35,460 | | 0 | 2,280 |
| 46 | HENDERSON I.S.D. | 35,460 | | 0 | 2,280 |
| 65 | RUSK CO ESD#1 | 35,460 | | 0 | 2,280 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 35,460 | | 0 | 2,280 |

Property ID: 1834                              Owner: LUMINANT MINING CO LLC

Land Detail

### Land Sequence 1

Acres: 25.326
Land Method: AC
Land Homesiteable: NO
Front Foot: N/A
Front Ft Avg: N/A
Land Note:

Market Class: RC999
Ag/Timber Class: ATM3
Land Type: M3PR
Rear Foot: N/A
Lot Depth %: N/A

Market Value: 35,460
Ag/Timber Value: 2,280
Ag Code: TIM
Lot Depth: N/A
Land Square Ft: N/A

Total Land Value: $ 35,460

# AFFIDAVIT OF HEIRSHIP

**STATE OF TEXAS** §

**COUNTY OF RUSK** §

Before me, the undersigned authority, on this day personally appeared Bloys Donaldson, whose address is 2010 Wineberry Drive, Katie, Texas 77450, known to me to be a credible person above the age of 21 years, who by me, duly being sworn, deposes and says to wit:

That his name is Bloys Donaldson, that he is presently above the age of 21 years old and that he is thoroughly familiar with the marital history and heirship of W. M. Pollard and that he makes the following statements from his own personal knowledge:

W. M. Pollard was married one time only and then to Emma Pollard. W. M. Pollard died intestate on October 23, 1967 in Rusk County, Texas. Emma Pollard died intestate on December 17, 1975 in Rusk County, Texas. To their union of marriage, the following children were born:

1.  Lora Pollard, a daughter, who died intestate in March 2007. Lora Pollard was never married and had no children.

2.  Lee Pollard, a son, who died intestate on April 2, 1998. Lee Pollard was never married and had no children.

3.  I. V. Pollard, a daughter, who died intestate on July 18, 1997. I. V. Pollard was never married and had no children.

4.  Rogers Pollard, a son, who died intestate on November 10, 2003. Rogers Pollard was never married and had no children.

5.  Audrey Pollard, a daughter, died intestate in August 1962. Audrey Pollard never married and had no children.

6.  Robert Pollard, a son, who died intestate in September 1960. Robert Pollard never married and had no children.

7.  Selia Bell Pollard Trimble, a daughter, who died intestate in 1999. Selia Bell Pollard Trimble, aka as Selia Bell Pollard Tremble was married one time only and then to Young Trimble, aka as Young Tremble. Young Trimble died intestate in 1972. To their union of marriage, the following children were born:

    a.  Wilmer Forrest Trimble, aka Wilmer Forrest Tremble, Sr., a son, who died intestate in 1978. He was married one time only and then to Billie Murphy Trimble, who is currently living. To their union of marriage, the following children were born:

        1.  Wilmer Forrest Trimble, Jr., aka Wilmer Forrest Tremble, Jr., a son,

who is currently living.

2. Sharon Trimble Donaldson, aka Sharon Tremble Donaldson, a daughter, who is currently living.

3. Selia Trimble Shawkey, aka Selia Tremble Shawkey, a daughter, who is currently living.

No other children were born to or adopted by Wilmer Forrest Trimble, Sr.

b. Emma Jean Trimble Smith, aka Emma Jean Tremble Smith, a daughter, who is currently living.

c. William Trimble, aka William Tremble, a son, who died in infancy.

d. Alsie Meanor Trimble, aka Alsie Meanor Tremble, a daughter, who died in infancy.

No other children were born to or adopted by Selia Bell Pollard Trimble.

8. Darrel Pollard, a son, who died intestate in March 2007. Darrel Pollard was married one time only and then to Faye Pollard. Their marriage ended in divorce prior to the year of 1965. To their union of marriage, the following child was born:

a. Sharolyn Pollard Dorodula, a daughter, who is currently living.

No other children were born to or adopted by Darrel Pollard.

9. Irene Pollard McConnell, a daughter, who died intestate in 1991. Irene Pollard McConnell was married one time only and then to William McConnell, who died intestate in 2002. To the union of their marriage, the following child was born:

a. Joette McConnell Wallace, a daughter, who died intestate in November 2002. Joette McConnell Wallace was married one time only and then to Aaron Wallace, who died in 2001. To their union of marriage, the following child was born:

1. Marcia Denise Wallace, an adopted daughter, who is currently living.

No other children were born to or adopted by Joette McConnell Wallace.

No other children were born to or adopted by Irene Pollard McConnell.

10. Lloyd Pollard, a son, who died intestate in 1998. Lloyd Pollard was married one time only and then to Ola Mae Pollard. Their marriage ended in divorce prior to the year of 1960. To their union of marriage, the following children were born:

a. Diane Pollard Johnson, a daughter, who is currently living.

b. Gayle Pollard Geters, who died intestate in June 2005. Gayle Pollard Geters was married one time only and then to Douglas Geters. Their marriage ended in divorce prior to the year of 1990. To their union of marriage, the following children were born:

1. Ivan Geters, a son, who is currently living.

2. Douglas Geters, IV, a son, who is currently living.

No other children were born to or adopted by Lloyd Pollard.

No other children were born to or adopted by W. M. Pollard and Emma Pollard.

Further Affiant sayeth not.

*Bloys Donaldson*
Bloys Donaldson, Affiant


STATE OF TEXAS §

COUNTY OF RUSK §

Subcribed and sworn to before me on this the 27th day of April, 2007 by
Bloys Donaldson

KATHRYN D. HAAR
Notary Public, State of Texas
My Commission Expires
May 10, 2008

*Kathryn Haar*
Kathryn Haar
Notary Public, State of Texas


AFTER RECORDING,
RETURN TO:
Tom Green
1125 Judson Rd., Suite 105
Longview, Texas 75602


STATE OF TEXAS                    COUNTY OF RUSK    FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me and    Apr 30,2007 12:00P
was duly recorded  in the volume and page of the
named records of  Rusk County, Texas as stamped    JOYCE LEWIS, COUNTY (
hereon by me.                    OFFICIAL PUBLIC RECORDS    RUSK COUNTY, TEXAS

Apr 30,2007 12:00P

JOYCE LEWIS, COUNTY CLERK
RUSK COUNTY, TEXAS

BY *Peggy Coffer* DEP

The **Uniform Partition of Heirs Property Act (UPHPA)** helps to solve the problem while preserving a co-tenant's right to sell his or her share of property. It is important to note that the act only applies to heir property – one or more co-tenants must have received his or her property interest from a relative – and only when there is no written agreement governing partition among the owners. If both of those conditions exist, the act requires certain protections when a co-tenant files for a partition order. The Defendant **did not** take the appropriate steps to be compliant with the law.

1. The co-tenant requesting the partition must give notice to all of the other co-tenants.
2. The court must order an independent appraisal to determine the property's value; the **court** must hold a hearing to consider evidence.
3. Any co-tenant (except the co-tenant(s) requesting partition by sale may buy the interest of the co-tenant seeking partition for a proportional share of the court – determined fair market value. The **co-tenants have 45 days to exercise their right of first refusal, and if exercised, another 60 days in which to arrange for financing.** If more than one co-tenant elects to buy the shares of the co-tenant(s) seeking partition, **the court** will pro-rate the sellers shares among the buyers according to their existing fractional ownership percentages.
4. If no co-tenant elects to purchase shares from the co-tenant(s) seeking partition, the court must order a partition in-kind will result in great prejudice to the co-tenants as a group. UPHPA specifies the factors a court must consider when determining whether partition in-kind is appropriate.
5. If partition-in-kind is inappropriate and the court orders a partition-by-sale, the property must be offered for sale on the open market at a price no lower than the court determined valued for a reasonable period of time and in a commercially reasonable manner. If an open market sale by sealed bids or by action would be more economically advantages for the co-tenants as a group the court may order a sale by one of those methods.